UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN SEGAR,<br><br>    Plaintiff,<br><br>v.<br><br>INJURED WORKERS PHARMACY, LLC<br><br>    Defendant. | Civil Action No. 2:18-cv-04328 (WB)<br><br>STIPULATION OF DISMISSAL |

By agreement of counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, Eileen Segar and Injured Workers Pharmacy, LLC, hereby stipulate to the dismissal with prejudice of the Complaint in this action and no assessment of costs and attorneys' fees is requested.

THE PEARCE LAW FIRM, P.C.

_____
Edith A. Pearce (PA Bar No. 68753)
1429 Walnut Street, 14th Floor
Philadelphia, PA 19102
Telephone: 215.557.8686
Fax: 215.557.7226
eapearce@thepearcelawfirm.com

*Counsel for Plaintiff*
*Eileen Segar*

BAKER & HOSTETLER LLP

_____
Tyson Herrold (PA No. 314262)
Amy J. Traub (admitted *pro hac vice*)
Amanda L. Van Hoose Garofalo (admitted *pro hac vice*)
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3286
Facsimile: 215.568.3439
therrold@bakerlaw.com
atraub@bakerlaw.com
agarofalo@bakerlaw.com

*Counsel for Defendant*
*Injured Workers' Pharmacy, LLC*

Dated: June 17, 2018

Dated: June 17, 2018